UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGELIO REYES, an individual,<br><br>           Plaintiff,<br><br>    v.<br><br>LOWE'S HOME CENTERS, LLC, and DOES 1 through 10, inclusive,<br><br>           Defendants. | Case No.  1:25-cv-00767-JLT-BAM<br><br>ORDER AFTER SCHEDULING CONFERENCE<br><br>ORDER SETTING STATUS CONFERENCE<br><br>Status Conference:  December 3, 2025, at 9:30 a.m. |

This is a civil action alleging breach of contract and fraud arising out of the purchase and installation of kitchen cabinets. The matter was removed to this Court on June 24, 2025. (Doc. 1.)

On September 24, 2025, the Court convened a Scheduling Conference. Plaintiff Rogelio Reyes, *pro se*, appeared in person. Counsel Roger Backlar appeared by Zoom video on behalf of Defendant Lowe's Home Centers, LLC.

At the conference, the Court and parties discussed the status of informal settlement negotiations. To allow the parties additional time to engage in settlement discussions, and for Defendant to tender its defense and indemnity, a Status Conference is set for **December 3, 2025, at 9:30 AM in Courtroom 8 (BAM) before Magistrate Judge Barbara A. McAuliffe**.

1

Defendant shall file a brief status report on or before December 1, 2025, providing an update on the status of settlement discussions and the tenders to the cabinet manufacturer and the installer. Plaintiff also will be permitted to provide a status update at the December 3, 2025 conference. If the parties file a stipulation of dismissal prior to the conference, then the conference will be vacated. The parties shall appear at the conference either in person or remotely via Zoom video conference. As appropriate, the parties will be provided with the Zoom ID and password by the Courtroom Deputy prior to the conference. The Zoom ID number and password are confidential and are not to be shared. Appropriate court attire required.

IT IS SO ORDERED.

Dated:   **September 24, 2025**              /s/ *Barbara A. McAuliffe*  
                                                                 UNITED STATES MAGISTRATE JUDGE