1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   ROGELIO REYES, an individual,          Case No.  1:25-cv-00767-JLT-BAM

12            Plaintiff,                     ORDER CONTINUING STATUS
                                             CONFERENCE
13        v.
                                             Status
14   LOWE'S HOME CENTERS, LLC, and           Conference:  **February 4, 2026, at 9:30 AM**
     DOES 1 through 10, inclusive,
15
              Defendants.
16

17

18        Plaintiff Rogelio Reyes, *pro se*, brings this civil action against Defendant Lowe's Home

19   Centers, LLC, alleging breach of contract and fraud arising out of the purchase and installation of

20   kitchen cabinets.  The matter was removed to this Court on June 24, 2025.  (Doc. 1.)

21        On September 24, 2025, the Court convened a Scheduling Conference.  At the conference,

22   the Court and parties discussed the status of informal settlement negotiations.  To allow the

23   parties additional time to engage in settlement discussions, and for Defendant to tender its defense

24   and indemnity, the Court set a Status Conference for December 3, 2025.  (Doc. 14.)  The Court

25   directed Defendant to file a brief status report on or before December 1, 2025, providing an

26   update on the status of settlement discussions and the tenders to the cabinet manufacturer and the

27   installer.  The Court also indicated that Plaintiff would be permitted to provide a status update at

28

                                             1

1   the conference.  (*Id.*)

2       On November 21, 2025, Defendant filed a status report regarding settlement discussions

3   and tenders.  (Doc. 15.)  As Defendant previously advised the Court, it is pursuing tenders of its

4   defense and indemnity to the cabinet manufacturer and the independent contractor installer.

5   Defendant's intent is to prepare a settlement proposal to present to Plaintiff after conferring with

6   the manufacturer and installer.  However, as of the date of the report, the cabinet manufacturer,

7   the installer, and their respective insurers have not confirmed whether they will accept

8   Defendant's tenders (with or without a reservation of rights).  Defendant indicates that efforts are

9   ongoing.  Defendant therefore requests that the Court continue the status conference 60 to 90 days

10  to allow it to either perfect those tenders and engage in settlement discussions or evaluate a

11  different resolution strategy.  (*Id.*)

12      Having considered the status report, and cause appearing, the Court finds a continuance of

13  the status conference appropriate.  Plaintiff will not be prejudiced by the brief continuance as it

14  may facilitate the informal resolution of this action.  Accordingly, the status conference currently

15  set for 12/3/2025 is HEREBY CONTINUED to **February 4, 2026, at 9:30 AM in Courtroom 8**

16  **(BAM) before Magistrate Judge Barbara A. McAuliffe**.  Defendant shall file a brief status

17  report on or before January 28, 2026, providing an update on the status of settlement discussions

18  and the tenders to the cabinet manufacturer and the installer.  Plaintiff also will be permitted to

19  provide a status update at the conference.   If the parties file a stipulation of dismissal prior to the

20  conference, then the conference will be vacated. The parties shall appear at the conference either

21  in person or remotely via Zoom video conference. As appropriate, the parties will be provided

22  with the Zoom ID and password by the Courtroom Deputy prior to the conference. The Zoom ID

23  number and password are confidential and are not to be shared. Appropriate court attire required.

24

25  IT IS SO ORDERED.

26      Dated:   __**November 24, 2025**__          _____/s/ *Barbara A. McAuliffe*_____

27                                           UNITED STATES MAGISTRATE JUDGE

28

2