# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGELIO REYES,<br><br>              Plaintiff,<br><br>     v.<br><br>LOWE'S HOME CENTERS, LLC,<br><br>              Defendant. | Case No. 1:25-cv-00767-JLT-FRS (SAB)<br><br>**ORDER CONTINUING STATUS CONFERENCE** |

On September 24, 2025, the Court set a Status Conference for December 3, 2025 to discuss the status of settlement discussions and the tenders to the cabinet manufacturer and the installer involved in this action. (ECF No. 14.) On November 24, 2025, the Court granted a continuance of the Status Conference to allow Defendant to either perfect those tenders and engage in settlement discussions or evaluate a different resolution strategy. (ECF No. 16 at 2.) Defendant was ordered to file a brief status report prior to the conference for the purposes of providing an update on the status of settlement discussions and the tenders to the cabinet manufacturer and the installer. (Id.)

On January 21, 2026, Defendant filed a status report. (ECF No. 18.) The Court has considered Defendant's status report, and cause appearing, the Court finds a continuance of the Status Conference appropriate. Again, the Court finds that Plaintiff will not be prejudiced by the brief continuance as it may facilitate the informal resolution of this action. The Court notes that there will be no future continuances of this Status Conference absent a showing of good cause.

Accordingly, the Status Conference currently set for February 4, 2026 is HEREBY CONTINUED to **March 18, 2026, at 11:00 AM in Courtroom 8 before Magistrate Judge Stanley A. Boone**. Defendant shall file a brief status report on or before **March 11, 2026**, providing an update on the status of settlement discussions and the tenders to the cabinet manufacturer and the installer. Plaintiff also will be permitted to provide a status update at the conference. If the parties file a stipulation of dismissal prior to the conference, then the conference will be vacated. As appropriate, the parties will be provided with the Zoom ID and password by the Courtroom Deputy prior to the conference. Parties appearing pro se will be required to attend the Status Conference in person. The Zoom ID number and password are confidential and are not to be shared. Appropriate court attire is required. No further continuances will be granted absent good cause.

IT IS SO ORDERED.

Dated:    **January 28, 2026**

STANLEY A. BOONE
United States Magistrate Judge

2