UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROGELIO REYES,

Plaintiff,

v.

LOWE'S HOME CENTERS LLC,

Defendant.

Case No. 1:25-cv-00767-JLT-FJS

ORDER AFTER STATUS CONFERENCE AND SETTING STATUS CONFERENCE

On August 31, 2026, the court held a status conference where the court discussed the status of the case with Defendant Lowe's Home Centers LLC ("Defendant"). Pro Se Plaintiff Rogelio Reyes did not make an appearance. At the conference, Defendant recommended that the court set a further status conference to discuss setting a settlement conference.

Accordingly, it is HEREBY ORDERED as follows:

1. A status conference is set for <u>January 8, 2027, at 10:00 a.m. in Courtroom 8 (FJS) before Magistrate Judge Frank J. Singer</u>;

2. No later than seven (7) days prior to the status conference, the parties shall file a report including a brief recitation of the facts, procedural history of the case, the parties' positions, and the status of the case; and

3. The parties shall appear at the conference remotely by telephone. The parties will be provided with the telephonic conference information by the courtroom deputy prior to the conference. The conference number and password are confidential and are not to be shared.

IT IS SO ORDERED.

Dated: **September 3, 2026**

UNITED STATES MAGISTRATE JUDGE